UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PADDOCK LABORATORIES, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>NOVO NORDISK INC. AND<br>NOVO NORDISK A/S,<br><br><br>    Defendants. | C.A. No. 2:10-cv-12760-AC-DAS<br><br>**Judge Avern Cohn**<br><br>**Magistrate Judge Donald A. Scheer** |

**STIPULATED ORDER OF DISMISSAL**

  **WHEREAS**, on May 28, 2010, Novo Nordisk Inc. and Novo Nordisk A/S (collectively, "Novo Nordisk") filed suit against Paddock Laboratories, Inc. ("Paddock") in *Novo Nordisk Inc. & Novo Nordisk A/S v. Paddock Labs., Inc.*, Case No. 0:10-cv-02199 (D. Minn.) for (i) infringement of United States Patent No. 6,677,358; and (ii) a declaration that Novo Nordisk has not violated the antitrust laws of the United States;

  **WHEREAS**, on July 13, 2010, Paddock (i) moved to dismiss the antitrust-related claim for declaratory relief in *Novo Nordisk Inc. & Novo Nordisk A/S v. Paddock Labs., Inc.*, Case No. 0:10-cv-02199 (D. Minn.); and (ii) filed the above-captioned action in the U.S. District Court for the Eastern District of Michigan against Novo Nordisk for alleged antitrust violations;

  **WHEREAS**, on August 20, 2010, Novo Nordisk filed in the U.S. District Court for the District of Minnesota (i) its opposition to Paddock's motion to dismiss the antitrust-related claim for declaratory relief in *Novo Nordisk Inc. & Novo Nordisk A/S v.*

*Paddock Labs., Inc.*, Case No. 0:10-cv-02199 (D. Minn.); and (ii) a motion to enjoin Paddock from litigating its claims in the above-captioned action in the U.S. District Court for the Eastern District of Michigan;

**WHEREAS**, on November 30, 2010, the U.S. District Court for the District of Minnesota entered an order (i) denying Paddock's motion to dismiss the antitrust-related claim for declaratory relief in *Novo Nordisk Inc. & Novo Nordisk A/S v. Paddock Labs., Inc.*, Case No. 0:10-cv-02199 (D. Minn.); and (ii) enjoining Paddock from proceeding in this lawsuit (D.I. 51);

**WHEREAS**, Paddock presently intends to seek adjudication of its claims in the U.S. District Court for the District of Minnesota in the action captioned *Novo Nordisk Inc. & Novo Nordisk A/S v. Paddock Labs., Inc.*, Case No. 0:10-cv-02199 (D. Minn.);

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action and all claims asserted by Paddock in its Complaint against Novo Nordisk are hereby dismissed without prejudice.

SO ORDERED.

Dated:  December 15, 2010                s/Avern Cohn
                                         U.S. District Court Judge

DATED:  December 15, 2010

| | |
|---|---|
| By:  /s/ Thomas M. Schehr_____ | By:  /s/ David A. Ettinger_____ |
| DYKEMA GOSSETT PLLC | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
| Thomas M. Schehr (P54391) | Herschel P. Fink |
| 400 Renaissance Center, 35th Floor | David A. Ettinger |
| Detroit, MI 48243 | 660 Woodward Avenue |
| (313) 568-6659 | 2290 First National Building |
| Email: tschehr@dykema.com | Detroit, MI 48226 |

| | |
|---|---|
| WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>Daniel G. Brown<br>Gina R. Gencarelli<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br><br>Seth C. Silber<br>Jonathan R. Lutinski<br>1700 K Street, N.W., 5th Floor<br>Washington, D.C. 20006<br>Telephone: (202) 973-8800<br>Facsimile: (202) 973-8899<br><br>*Attorneys for Plaintiff*<br>*Paddock Laboratories, Inc.* | GIBSON, DUNN & CRUTCHER LLP<br>Michael Sitzman<br>Michael Cecchini<br>Trey Nicoud<br>Austin V. Schwing<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br><br>M. Sean Royall<br>Ashley E. Johnson<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br><br>*Attorneys for Defendants Novo Nordisk A/S and Novo Nordisk Inc.* |